■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAURA ABATE, Appellant.— Amended judgment of the Supreme Court, Queens County, rendered March 17, 1972, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to direct defendant to surrender herself to said court in order that execution of the amended judgment be commenced or resumed (CPL 460.50, subd. 5). Gulotta, P. J., Hopkins, Martuscello, Brennan and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME ALBERT ANDREW, JR., Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the County Court, Suffolk County, rendered February 22, 1973, imposing upon him an indeterminate prison term not to exceed five years, upon his plea of guilty of robbery in the third degree, a class D felony. Sentence modified, as a matter of discretion in the interest of justice, by changing it to probation for a period of five years, to run from February 22, 1973, and case remanded to the County Court for fixation of the terms and conditions of the probation. We are of the opinion that the sentence imposed was excessive to the extent indicated herein. We accord great weight to defendant's successful progress in rehabilitating himself during the period in which sentencing was postponed (see *People* v. *Silver,* 10 A D 2d 274). Gulotta, P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES L. ELROD, Appellant.— Judgment of the County Court, Nassau County, rendered March 5, 1973, affirmed. Defendant having interposed a plea of guilty may not now level an attack upon the Grand Jury minutes. Latham, Acting P. J., Shapiro, Cohalan, Christ and Munder, JJ., concur.